J. J. STOER, *Appellant*, v. RUBIE C. CONNOR, AND HER HUS-
BAND, CLAUDE E. CONNOR, AND THOMAS S. KYLE, *Ap-
pellees.*

Division B.

Decision Filed February 18, 1925.

Petition for Rehearing denied March 18, 1925.

An Appeal from the Circuit Court for Marion County;
W. S. Bullock, Judge.

*H. M. Hampton* and *R. A. Burford*, for Appellant; ·

*D. Niel Ferguson*, for Appellees.

PER CURIAM.—This cause having heretofore been sub-
mitted to the Court upon the transcript of the record of
the decree herein, and briefs and argument of counsel for
the respective parties, and the record having been seen and
inspected, and the Court being now advised of its judg-
ment to be given in the premises, it seems to the Court that
there is no error in the said decree; it is, therefore, consid-
ered, ordered and adjudged by the Court that the said de-
cree of the Circuit Court be, and the same is hereby, af-
firmed.

WHITFIELD, P. J., AND WEST AND TERRELL, J. J., Concur.